UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

KEITH BAGLEY #885214

       Plaintiff,

                               File no: 2:20-cv-150

v.

                               HON. ROBERT J. JONKER

WENDY JAMROS,

       Defendant.

_____/

## <u>ORDER APPROVING MAGISTRATE'S<br>REPORT AND RECOMMENDATION</u>

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on December 20, 2021 (ECF No. 35).  The Report and Recommendation was duly served on the parties.  No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 35) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Jamros' motion for summary judgment (ECF No. 28) is **GRANTED** to the extent detailed in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff Bagley's motion for a temporary restraining order (ECF No. 32) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims are dismissed with prejudice and this matter is terminated.

**IT IS FURTHER ORDERED** that Plaintiff is denied a certificate of appealability.

The Court discerns no good-faith basis for appeal of this matter.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).

Dated:    January 19, 2022          /s/ Robert J. Jonker
                                    ROBERT J. JONKER
                                    CHIEF UNITED STATES DISTRICT JUDGE